Case 09-02100-LMI    Doc 44    Filed 03/08/10    Page 1 of 3



ORDERED in the Southern District of Florida on March 8, 2010

_____
Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CABI DOWNTOWN, LLC,                                    Case No.: 09-27168-LMI
       Debtor.                                               Chapter 11

Ofer Asor, et al.,

       Plaintiffs,

v.                                                     Adversary No.: 09-02100-LMI

CABI DOWNTOWN, LLC (EVERGLADES
ON THE BAY NORTH AND EVERGLADES
ON THE BAY SOUTH Condominium),
SIEGFRIED, RIVERA, LERNER, DE LA TORRE
& SOBEL, P.A., BANK OF AMERICA, N.A.,
       Defendants.
_____/

### AGREED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE

THIS CAUSE having come before this Court on Plaintiffs' Motion to Continue Pretrial Conference, and this Court having read the Motion, being advised of the agreement of counsel, and being duly advised in the premises, hereby

ORDERS AND ADJUDGES that:

1. Plaintiffs' Motion to Continue Pretrial Conference is <u>GRANTED.</u>

2. The Pretrial Conference is reset for July __7__, 2010 at _10:00 A.M._

###

Submitted by:
Robert H. Cooper, Esq.
Robert H. Cooper P.A.
2999 N.E. 191 St. Suite 704
Miami, Fl. 33180
305-792-4343
305-792-0200 (fax)
robert@rcooperpa.com
Fl. Bar No. 0650323

Conformed copies to:

Mindy A. Mora
Jason J. Jones
Tara V. Trevorrow
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, Fl 33131

Andrew K. Glenn (pro hac vice)
Jeffrey R. Gleit (pro hac vice)
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

Ana M. Alfonso
Jeffrey A. Fuisz
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Larry I. Glick
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131

Robert H. Cooper, Esq., is directed to serve copies of this order on the parties listed and file a certificate of service.